ELLEN F. ROSENBLUM
Attorney General
MICHAEL R. WASHINGTON  #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Michael.R.Washington@doj.state.or.us

Attorneys for Defendants Brewer and Platt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA SHARPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>"JOHN" PLATT, "JOHN" BREWER,<br><br>　　　　Defendants. | Case No.   2:19-CV-01162-HZ<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d) and the Court's order dated March 25, 2021, (Doc. # 35), the parties are required to confer regarding ADR and file this report by June 4, 2021.  This report is submitted in compliance with LR 16-4(d) and the Court's order.

1. Have counsel held settlement discussions with their clients and opposing party? Yes

    If not, provide an explanation:


2. The parties propose: (check one of the following)

    ___ (a)    That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

Page 1 -    JOINT ALTERNATE DISPUTE RESOLUTION REPORT
　　　　　MRW/bl2/41457780

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

___ (b)  That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (See LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

___ (c)  ADR may be helpful at a later date following completion of:

___ (d)  The parties believe the court would be of assistance in preparing for ADR by:

_X_ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

___ (f)  Other:

Dated: June 4, 2021                    *s/ Michael R. Washington*
                                       Michael R. Washington, OSB No. 873679
                                       Of Attorneys for Defendants

Dated: June 4, 2021                    *s/ J. Ashlee Albies*
                                       J. Ashlee Albies, OSB No. 051846
                                       Attorney for Plaintiff

Page 2 -   JOINT ALTERNATE DISPUTE RESOLUTION REPORT
           MRW/bl2/41457780

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791